# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CAUTHRON, ROBIN J. | WESTERN DISTRICT OF OKLAHOMA | 5/9/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

4001 U.S. COURTHOUSE
200 N.W. 4TH STREET
OKLAHOMA CITY, OK 73102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Oklahoma Special Olympics |
| 2. | Successor Trustee | Trust #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAUTHRON, ROBIN J. | 5/9/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Self-employed lawyer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAUTHRON, ROBIN J. | 5/9/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAUTHRON, ROBIN J. | 5/9/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allegiance Credit Union Oklahoma City, OK | A | Interest | K | T | | | | | |
| 2. Legg Mason Partners: Appreciation Fund (mutual fund) | A | Dividend | J | T | | | | | |
| 3. John Powell, Ltd. Partnership Tulsa County, OK real est. | | None | K | R | | | | | See VIII, Explanations |
| 4. Winston Oil Co. 1981-1982 Ltd. Partnership, Marion, OH | | None | J | W | | | | | |
| 5. Dage Oil Co., Ltd. Partnership Oklahoma City, OK | | None | J | W | | | | | |
| 6. Mineral interest in Woods County, OK | A | Royalty | J | W | | | | | |
| 7. Persuasive Strategies, LLC | A | Interest | K | T | | | | | |
| 8. -Denbury, Plano, TX (minerals) | A | Royalty | J | T | Buy | 04/12/16 | J | | See VIII, Explanations |
| 9. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 10. -American Fund: American Balanced Fund C (mutual fund) | A | Dividend | J | T | | | | | |
| 11. -American Fund: Capital Income Builder Fund (mutual fund) | A | Dividend | J | T | | | | | |
| 12. -Amer. Fund: Capital World Growth & Income Fund C (mut fund) | A | Dividend | J | T | | | | | |
| 13. -Income Fund of America C (mutual fund) | A | Dividend | J | T | | | | | |
| 14. -Chesapeake Energy Corp (common stock) | A | Dividend | J | T | | | | | |
| 15. -Superior Energy Services, Inc. (common stock) | A | Dividend | J | T | | | | | |
| 16. -Janus Forty Fund | A | Dividend | J | T | | | | | |
| 17. -Mainstay Lg Cap Growth Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAUTHRON, ROBIN J. | 5/9/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Blackrock Eq Dividend Fd | A | Dividend | J | T | | | | | |
| 19. -Seligman Lg Cap Value Fd | A | Dividend | J | T | | | | | |
| 20. -Alger Small Cap Growth Fd | A | Dividend | J | T | | | | | |
| 21. -TCW Small Cap Growth Fd | A | Dividend | J | T | | | | | |
| 22. -Perkins Small Cap Value | A | Dividend | J | T | | | | | |
| 23. -Royce Premier Fund | A | Dividend | J | T | | | | | |
| 24. -AIM Developing Mkts Fd | A | Dividend | J | T | | | | | |
| 25. -Lazard Emerging Markets | A | Dividend | J | T | | | | | |
| 26. -Henderson Int'l Opp Fund | A | Dividend | J | T | | | | | |
| 27. -Nuveen Trwds Int'l Val Fd | A | Dividend | J | T | | | | | |
| 28. -Thornburg Int'l Value Fd | A | Dividend | J | T | | | | | |
| 29. -Enterprize Prod. Partners | A | Dividend | J | T | | | | | |
| 30. -Nustar Energy | A | Dividend | J | T | | | | | |
| 31. -Plains All American | A | Dividend | J | T | | | | | |
| 32. -Kayne & Midstream Energy Fund | A | Dividend | J | T | | | | | |
| 33. -Alerian Master Ltd. Partnership | A | Dividend | J | T | | | | | |
| 34. -Clearbridge Energy | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAUTHRON, ROBIN J. | 5/9/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Clearbridge AMER. Energy MLP | A | Dividend | J | T | | | | | |
| 36. -Goldman Sachs MLP Energy | A | Dividend | J | T | | | | | |
| 37. -First Trust North American | A | Dividend | J | T | | | | | |
| 38. -Energy Transfer Equity | A | Dividend | J | T | | | | | |
| 39. New York Life Ins. (whole life) | A | Interest | K | T | | | | | |
| 40. IRA ACCOUNT #1 | | | | | | | | | |
| 41. -Continental Resources Inc. (common stock) | | None | | | Buy | 01/29/16 | J | | |
| 42. | | | | | Sold | 06/27/16 | J | A | |
| 43. -Microsoft (common) | A | Dividend | K | T | | | | | |
| 44. -Google | | None | J | T | | | | | |
| 45. -Devon | A | Dividend | | | Buy | 01/29/16 | K | | |
| 46. | | | | | Sold | 06/27/16 | K | A | |
| 47. Stock Exchange Bank, Woodward, OK | A | Interest | K | T | | | | | |
| 48. BROKERAGE ACCT #2 | | | | | | | | | |
| 49. -Berkshire Hathaway A | | None | M | T | | | | | |
| 50. - Microsoft (common) | A | Dividend | J | T | | | | | |
| 51. -Walmart (common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAUTHRON, ROBIN J. | 5/9/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Williams Co., Inc. | A | Dividend | J | T | | | | | |
| 53. -Apple | A | Dividend | L | T | | | | | |
| 54. -Amazon | | Dividend | | | Buy | 04/29/16 | J | | |
| 55. | A | Dividend | K | T | Buy (add'l) | 07/05/16 | J | | |
| 56. SEP IRA Account #2 | | | | | | | | | |
| 57. - Insured Deposit money market fund (Wells Nelson & Associates, PLLC) | A | Interest | L | T | | | | | |
| 58. -ATT | A | Dividend | K | T | | | | | |
| 59. -Altria Group | A | Dividend | K | T | | | | | |
| 60. -Chesapeake | A | Dividend | J | T | Buy | 02/23/16 | K | | |
| 61. | | | | | Sold (part) | 06/27/16 | J | A | |
| 62. -OneOK | A | Dividend | J | T | | | | | |
| 63. -Phillip Morris | A | Dividend | J | T | | | | | |
| 64. TRUST #1 | | | | | | | | | |
| 65. (Common Stocks): | | | | | | | | | |
| 66. -Exelon | A | Dividend | | | Sold | 04/21/16 | K | D | |
| 67. -GlaxoSmithKline | A | Dividend | | | Sold | 04/21/16 | J | B | |
| 68. -Intel Corp | A | Dividend | | | Sold | 04/21/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAUTHRON, ROBIN J. | 5/9/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Target Corp | A | Dividend | | | Sold | 04/21/16 | K | A | |
| 70. -Teco Energy, Inc. | A | Dividend | | | Sold | 04/21/16 | J | C | |
| 71. -Walmart | A | Dividend | | | Sold | 04/21/16 | J | D | |
| 72. -Weyerhauser | A | Dividend | | | Sold | 04/21/16 | K | C | |
| 73. (Mutual Funds): | | | | | | | | | |
| 74. -Calamos Strategic Total Return Fund | A | Dividend | | | Sold | 04/21/16 | J | A | |
| 75. -Deutsche Bank GNMA Fund | A | Dividend | | | Sold | 03/01/16 | J | A | |
| 76. -Short Duration Fund | A | Dividend | | | Sold | 03/01/16 | J | A | |
| 77. -Municipal Bond Fund | A | Dividend | | | Sold | 03/01/16 | J | A | |
| 78. (Annuities): | | | | | | | | | |
| 79. -Prudential | A | Interest | | | Sold | 01/02/16 | M | F | |
| 80. -Nationwide | A | Interest | | | Sold | 01/02/16 | L | A | |
| 81. (Bank Accounts): | | | | | | | | | |
| 82. -Citizens Bank of Edmond | A | Interest | | | Closed | 12/22/16 | M | A | |
| 83. (Real Estate): | | | | | | | | | |
| 84. -home, Edmond, OK | | None | | | Sold | 04/13/16 | M | E | See VIII, Explanations |
| 85. (Minerals): | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAUTHRON, ROBIN J. | 5/9/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Denbury, Plano, TX | A | Royalty | | | Sold | 04/12/16 | J | A | |
| 87. BROKERAGE ACCT #3 | | | | | | | | | |
| 88. -Insured Deposit money market fund (Wells Nelson & assoc., PLLC) | A | Int./Div. | J | T | Open | 04/21/16 | L | | |
| 89. -Chevron Corp. | A | Dividend | J | T | Buy | 06/29/16 | K | | |
| 90. -Texas Instruments | A | Dividend | J | T | Buy | 06/29/16 | K | | |
| 91. -Altria Croup | A | Dividend | J | T | Buy | 06/29/16 | K | | |
| 92. -AT&T | A | Dividend | J | T | Buy | 06/29/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAUTHRON, ROBIN J. | 5/9/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. Investments and Trusts

Line 3 - John Powell Limited Partnership was purchased in 1973 for $26,000.

Line 8 - This interest was in my mother's trust, and distributed pro rata to her heirs on this date. I am showing this as sold by her trust (line 86) and bought by me.

Line 84 - The home was purchased by Brad Bryant and Katherine D. Cantrell.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ROBIN J. CAUTHRON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544